IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00246-02 |
| v. | (Chief Judge Brann) |
| DAVID LYNN GRIFFITH, | |
| Defendant. | |

### ORDER

APRIL 18, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Griffith's motion for the disclosure of confidential informants (Doc. 74) is **GRANTED** in part and **DENIED** in part. The motion is denied without prejudice to the extent that he seeks disclosure of the informants' identities, but granted to the extent that he requests *Giglio* materials;

2. The Government shall disclose all *Giglio* materials within its possession no later than seven days prior to the commencement of trial; and

3. Griffith's motion to suppress evidence (Doc. 76) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge